William Mark YOUNG, Appellant,

v.

Elizabeth Marie YOUNG, Respondent.

No. WD 49501.

Missouri Court of Appeals,
Western District.

Aug. 8, 1995.

Thomas R. Summers, St. Joseph, for appellant.

James A. Nadolski, for respondent.

Before FENNER, C.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from an order granting the removal of minor children from the State of Missouri.

Affirmed. Rule 84.16(b).

David A. HENDERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50499.

Missouri Court of Appeals,
Western District.

Aug. 8, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

## ORDER

PER CURIAM:

Appeal from the denial without evidentiary hearing of Rule 24.035 motion for post-conviction relief.

The judgment is affirmed. Rule 84.16(b).